UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) )     3:09-md-02100-DRH-PMF<br><br>    MDL No. 2100 |

**This Document Relates To:**

*Ashley Bernett v.*                       No. 3:11-cv-10754-DRH-PMF
*Bayer HealthCare Pharmaceuticals Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal With Prejudice, filed on November 5, 2012, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT

                                      BY:_____ /s/*Sara Jennings*
                                              **Deputy Clerk**

Dated:  November 6, 2012

                                Digitally signed by
                                David R. Herndon
                                Date: 2012.11.06
APPROVED:                13:42:25 -06'00'
           CHIEF JUDGE
           U. S. DISTRICT COURT