UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Ashley Bernett v.*                              No. 3:11-cv-10754-DRH-PMF
*Bayer HealthCare Pharmaceuticals Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal With Prejudice, filed on November 5, 2012, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:      /s/*Sara Jennings*
         **Deputy Clerk**

Dated: November 6, 2012

Digitally signed by
David R. Herndon
Date: 2012.11.06
13:42:25 -06'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT